| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Dyk, Timothy B | 2. Court or Organization<br><br>Federal Circuit | 3. Date of Report<br><br>5/16/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>717 Madison Place, N.W.<br><br>Washington, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   Counselor | Giles Rich Inn of Court |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

FINANCIAL DISCLOSURE OFFICE    RECEIVED May 16 3 33 PH '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | State of Nebraska (Royalty) | $978.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Joe Lieberman for President (Consulting) |
| 2. | 2004 | Johns Hopkins University (Teaching) |
| 3. | 2004 | Smith College (Teaching) |
| 4. | 2004 | University of Michigan (Teaching) |
| 5. | 2004 | Century Fund (Honorarium) ($333.00) |
| 6. | 2004 | Univesity of Maryland (Honorarium) ($250.00) |
| 7. | 2004 | PodestaMatton Inc. (Consulting) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | University of Michigan Law School | Speech on clerkships; teaching class; March 17-18, 2004, at Univ. of Michigan Law School, Ann Arbor, MI (transportation, meals and lodging) |
| 2. | New York Intellectual Property Law Association (NYIPLA) | Jan 23, 2004, New York, N.Y. - lunch speaker (transportation and meal) |
| 3. | Federal Circuit Bar Association (FCBA) | FCBA Annual Conference, June 25-28, 2004, Colorado Springs, CO. (registration, lodging and meals) |
| 4. | New York Intellectual Property Law Association (NYIPLA) | Annual Dinner, Mar 26, 2004. New York, N.Y. (transportation, lodging and meal) |
| 5. | New York Intellectual Property Law Association (NYIPlA) | Lunch speaker, New York, N.Y., Dec 10, 2004, (transportation and meal) |
| 6. | | |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. MASS BAY BREWING CO. (COMMON STOCK) (SUBCHAPTER S) | | None | N | W | | | | | |
| 2. LOT - TRURO, MA (Parcel 1) ($281,000) | | None | N | S | | | | | |
| 3. BALDWIN WHITEHALL PA. SCH. DIST. CMED. | C | Interest | K | T | | | | | |
| 4. BALDWIN WHITEHALL PA. SCH. DIST. OCPN. | C | Interest | K | T | | | | | |
| 5. BALT. MD CTFS PARTN SER B AMBAC | B | Interest | L | T | | | | | |
| 6. CHIC.ILL G/O ST.UNIV. REV | B | Interest | L | T | | | | | |
| 7. COHOES NY G/O SCH. DIST. | B | Interest | L | T | | | | | |
| 8. FAIRFAX CNTY VA G/O | B | Interest | L | T | | | | | |
| 9. FARMINGTON MICH CMNTY LIB | B | Interest | L | T | | | | | |
| 10. JEFFERSON CTY ALA BRD.ED.SCH. | B | Interest | L | T | | | | | |
| 11. SAGIMAW CNTY MICH COMP. | B | Interest | L | T | | | | | |
| 12. NEUBERGER & BERMAN CASH RESERVE | A | Dividend | J | T | | | | | |
| 13. VANGUARD LONG-TERM TAX-EXEMPT FUND INV | C | Int/Div | | | SOLD | 04/06 | N | E | |
| 14. VANGUARD INTERMED-TERM TAX-EXEMPT FUND | B | Int/Div | | | SOLD | 01/29 | N | D | |
| 15. NEW YORK COMMUNITY BANCORP INC. (COMMON STOCK) | B | Dividend | | | BUY | 06/14 | F | | |
| 16. NEW YORK COMMUNITY BANCORP INC. (COMMON STOCK) | | | | | SOLD | 12/16 | F | | |
| 17. VANGUARD MONEY MARKET | D | Interest | O | T | | | | | |
| 18. FIDELITY MUNICIPAL (MONEY MARKET) | D | Dividend | P1 | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. PIMCO FLOATING RATE | A | Dividend | K | T | PART SOLD | 04/01 | K | | |
| 20. SOUTHWEST AIRLINES (COMMON STOCK) | A | Dividend | | | BUY | 03/31 | K | | |
| 21. EVERGREEN US GOV'T SEC. (MONEY MKT.) | A | Dividend | J | T | | | | | |
| 22. WACHOVIA SECURITIES IRA #1 | E | Div/Int | P1 | T | | | | | |
| 23. -GLOBAL SANTE FE CORP. (COMMON STOCK) | | | | | | | | | |
| 24. -JAPAN FUND | | | | | | | | | |
| 25. -KERR-MCGEE CORP. (COMMON STOCK) | | | | | SOLD | 04/21 | L | | |
| 26. -WASHINGTON MUTUAL INC (COMMON STOCK) | | | | | PART BUY | 01/13 | L | | |
| 27. -WASHINGTON MUTUAL INC (COMMON STOCK) | | | | | PART BUY | 04/28 | K | | |
| 28. -SONOCO PRODUCTS CO. (COMMON STOCK | | | | | | | | | |
| 29. - KAISER ALUMUNIUM & CHEM. SR NOTES | | | | | | | | | |
| 30. -WILLIAMS COMM GR INC. NOTES | | | | | | | | | |
| 31. -HMH PROPERTIES SR. SEC NOTES | | | | | PART REDEEM | 04/16 | K | B | |
| 32. -HMH PROPERTIES SR. SEC NOTES | | | | | PART REDEEM | 05/03 | J | A | |
| 33. - HMH PROPERTIES SR. SEC NOTES | | | | | PART REDEEM | 09/02 | K | A | |
| 34. - U.S. TREAS. BILL 01/15/04 | | | | | REDEEM | 01/15 | O | B | |
| 35. - U.S. TREAS. BILL 02/26/04 | | | | | PART SOLD | 01/26 | K | A | |
| 36. - U.S. TREAS. BILL 02/26/04 | | | | | REDEEM | 02/26 | O | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - U.S. TREAS. BILL 05/27/04 | | | | | BUY | 02/24 | O | | |
| 38. - U.S. TREAS. BILL 05/27/04 | | | | | PART SOLD | 03/05 | L | | |
| 39. - U.S. TREAS. BILL 05/27/04 | | | | | PART SOLD | 03/15 | K | | |
| 40. - U.S. TREAS. BILL 05/27/04 | | | | | PART SOLD | 03/19 | L | | |
| 41. - U.S. TREAS. BILL 05/27/04 | | | | | PART SOLD | 03/30 | M | A | |
| 42. - U.S. TREAS. BILL 05/27/04 | | | | | REDEEM | 05/27 | N | A | |
| 43. - U.S. TREAS. BILL 07/15/04 | | | | | BUY | 01/16 | N | | |
| 44. - U.S. TREAS. BILL 07/15/04 | | | | | PART SOLD | 06/22 | K | A | |
| 45. - U.S. TREAS. BILL 07/15/04 | | | | | REDEEM | 07/15 | N | B | |
| 46. - U.S. TREAS. BILL 08/12/04 | | | | | BUY | 05/17 | O | | |
| 47. - U.S. TREAS. BILL 08/12/04 | | | | | REDEEM | 08/12 | O | B | |
| 48. - U.S. TREAS. BILL 08/26/04 | | | | | BUY | 05/28 | N | | |
| 49. - U.S. TREAS. BILL 08/26/04 | | | | | REDEEM | 08/26 | N | A | |
| 50. U.S. TREAS. BILL 11/12/04 | | | | | PART BUY | 08/11 | O | | |
| 51. - U.S. TREAS. BILL 11/12/04 | | | | | PART BUY | 08/26 | N | | |
| 52. - U.S. TREAS. BILL 11/12/04 | | | | | REDEEM | 11/12 | O | C | |
| 53. - U.S. TREAS. BILL 01/13/05 | | | | | BUY | 07/16 | N | | |
| 54. - U.S. TREAS. BILL 01/13/05 | | | | | PART SOLD | 12/13 | N | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. - U.S. TREAS. BILL 02/10/05 | | | | | BUY | 11/10 | O | | |
| 56. - MANAGED HIGH INCOME PORTFOLIO INC. | | | | | | | | | |
| 57. - RYDEX SERIES TRUST URSA FUND | | | | | | | | | |
| 58. - RYDEX SERIES FDS JUNO FUND | | | | | PART BUY | 03/05 | M | | |
| 59. - RYDEX SERIES FDS JUNO FUND | | | | | PART BUY | 03/15 | M | | |
| 60. - RYDEX SERIES FDS JUNO FUND | | | | | PART BUY | 03/19 | M | | |
| 61. - RYDEX SERIES FDS JUNO FUND | | | | | PART BUY | 03/30 | M | | |
| 62. - RYDEX SERIES FDS JUNO FUND | | | | | SOLD | 05/12 | O | E | |
| 63. -RYDEX SERIES FDS JUNO FUND | | | | | BUY | 12/09 | N | | |
| 64. - I SHARES MSU JAPAN INDEX FUND | | | | | PART BUY | 01/20 | K | | |
| 65. - FIDELITY JAPAN SMALL CO. FUND | | | | | BUY | 01/20 | L | | |
| 66. - EVERGREEN US GOVT & SEC (MONEY MARKET) | | | | | | | | | |
| 67. VANGUARD IRA #1 | E | Div/Int | M | T | | | | | |
| 68. - PIMCO COMMODITY REAL RETURN STRATEGY FUND | | | | | BUY | 02/12 | N | | |
| 69. - PIMCO COMMODITY REAL RETURN STRATEGY FUND | | | | | SOLD | 10/06 | N | E | |
| 70. - JULIUS BAER INT. EQUITY FUND | | | | | BUY | 11/24 | M | | |
| 71. - VANGUARD ADMIRAL TREAS. MM FUND | | | | | | | | | |
| 72. VANGUARD IRA #2 | B | Div/Int | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73. - CATS 5/04 | | | | | REDEEM | 05/17 | E | | |
| 74. - VANGUARD HIGH YIELD CORP. FUND | | | | | SOLD | 04/13 | E | D | |
| 75. - RYDEX SERIES FDS JINO FUND | | | | | BUY | 04/15 | E | | |
| 76. - RYDEX SERIES FDS JUNO FUND | | | | | SOLD | 05/14 | E | B | |
| 77. - RYDEX SERIES FDS JUNO FUND | | | | | BUY | 12/09 | F | | |
| 78. - VANGUARD PRIME MONEY MARKET | | | | | | | | | |
| 79. UMB IRA #1 | E | Div/Int | P1 | T | | | | | |
| 80. - RYDEX TRUST URSA FUND | | | | | | | | | |
| 81. - RYDEX SERIES FDS JUNO FUND | | | | | BUY | 12/09 | M | | |
| 82. - VANGUARD FIXED INCOME SEC FUND - HIGH YIELD CORP. | | | | | SOLD | 02/09 | N | | |
| 83. - FIRST EAGLE FUNDS GOLD FUND | | | | | BUY | 12/08 | M | | |
| 84. - FIDELITY INV. TRUST JAPAN SMALL CO. FUND | | | | | | | | | |
| 85. - JAPAN FUND | | | | | | | | | |
| 86. - NEW YORK COMMUNITY BANCORP INC (COMMON STOCK) | | | | | BUY | 06/23 | K | | |
| 87. - NEW YORK COMMUNITY BANCORP INC (COMMON STOCK) | | | | | SOLD | 07/08 | K | | |
| 88. - BP PLC (COMMON STOCK) | | | | | SOLD | 09/27 | M | E | |
| 89. - GREATER CHINA FUND INC. | | | | | SOLD | 01/20 | M | E | |
| 90. - PIMCO COMMMODITY REAL RETURN STRATEGY FUND | | | | | PART BUY | 01/14 | M | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. - PIMCO COMMODITY REAL RETURN STRATEGY FUND | | | | | PART BUY | 03/01 | F | | |
| 92. - PIMCO COMMODITY REAL RETURN STRATEGY FUND | | | | | SOLD | 10/07 | N | E | |
| 93. - PIMCO COMMODITY REAL RETURN STRATEGY FUND | | | | | BUY | 12/06 | M | | |
| 94. - U.S. TREAS. BILL 04/22/04 | | | | | BUY | 01/22 | N | | |
| 95. - U.S.TREAS. BILL 04/22/04 | | | | | REDEEM | 04/22 | N | A | |
| 96. - U.S. TREAS. BILL 06/24/04 | | | | | BUY | 03/05 | N | | |
| 97. - U.S. TREAS. BILL 06/24/04 | | | | | REDEEM | 06/24 | N | B | |
| 98. - U.S.TREAS. BILL 09/23/04 | | | | | BUY | 06/24 | M | | |
| 99. - U.S. TREAS. BILL 09/23/04 | | | | | REDEEM | 09/23 | M | A | |
| 100. - U.S. TREAS. BILL 11/18/04 | | | | | BUY | 08/19 | N | | |
| 101. - U.S. TREAS. BILL 11/18/04 | | | | | REDEEM | 11/18 | N | B | |
| 102. - U.S. TREAS. BILL 01/20/05 | | | | | BUY | 10/21 | N | | |
| 103. - U.S. TREAS. BILL 02/24/05 | | | | | BUY | 11/26 | N | | |
| 104. - U.S. TREAS. BILL 03/31/05 | | | | | BUY | 09/30 | N | | |
| 105. - UMB C.D. 03/12/07 | | | | | ROLLOVER | 11/16 | O | | |
| 106. - UMB C.D. 11/16/09 (PREVIOUSLY UMBCD 03/12/07) | | | | | BUY | 11/16 | O | | |
| 107. - U.S. TREAS. BILL 01/08/04 | | | | | REDEEM | 01/08 | O | B | |
| 108. UMB IRA #2 | A | Div/Int | O | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - ALLEGIANCE TELECOM INC. (COMMON STOCK) | | | | | | | | | |
| 110. - CALDWELL & OAKIN FUNDS: MKT OPP FUND | | | | | | | | | |
| 111. - JAPAN FUND | | | | | | | | | |
| 112. - RYDEX SERIES TRUST URSA FUND | | | | | | | | | |
| 113. JANEY MONTGOMERY SCOTT IRA | A | Div/Int | N | T | | | | | |
| 114. - SPEC SIT TECH FUND | | | | | | | | | |
| 115. - U.S. TREAS. BILL 06/10/04 | | | | | BUY | 03/10 | M | | |
| 116. - U.S. TREAS. BILL 06/10/04 | | | | | REDEEM | 06/10 | M | A | |
| 117. - ALLIANCE BERSTEIN (MONEY MARKET) | | | | | | | | | |
| 118. TD WATERHOUSE IRA | A | Div/Int | N | T | | | | | |
| 119. - SPECIAL SITUATIONS EQUITY FUND | | | | | BUY | 06/29 | N | | |
| 120. - TD WATERHOUSE MONEY MARKET | | | | | | | | | |
| 121. HEMPSTEAD VILLAGE HSING. AUTH. (LTD. PART.) | A | Dividend | K | W | | | | | |
| 122. MASS MUTUAL LIFE INS. | A | Dividend | K | W | | | | | |
| 123. ING LIFE INS. | C | Dividend | M | T | | | | | |
| 124. RIGGS BANK, WASHINGTON, D.C. ACCT #1 | A | Interest | J | T | | | | | |
| 125. RIGGS BANK, WASHINGTON, D.C. ACCT #2 | A | Interest | J | T | | | | | |
| 126. RIGGS BANK, WASHINGTON, D.C. ACCT #3 | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127.  U.S. SAVINGS BONDS | C | Interest | M | T | | | | | |
| 128.  PROMISSORY NOTE FROM C. GOINGS & A.CARTER | B | Interest | | | REDEEM | 02/01 | K | | C.GOINGS & A.CARTER |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dyk, Timothy B | 5/16/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1. Income does not include Subchapter S Corporation distributions.

2. Total income for IRA accounts is total income as reported by custodian of account.

3. Gain on sales of government bills and zero coupon obligations is difference between purchase price and sales price. Income is not separately reported except for zero coupon obligations held at year-end.

4. Item #76 in the report for 2003 was erroneously included as an asset; it was sold on 11/03/03 and column D(3) should have been K; and D(4)C.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dyk, Timothy B | 5/16/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Dyk, Timothy B | 5/16/2005 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date  May 16, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544